I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
VICKIE L. FEEMAN (STATE BAR NO. 177487)
vfeeman@orrick.com
LILLIAN J. MAO (STATE BAR NO. 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     +1-650-614-7400
Facsimile:     +1-650-614-7401

GLEN LIU (STATE BAR NO. 251591)
gliu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone:     +1-949-567-6700
Facsimile:     +1-949-567-6710

Attorneys for Defendant
MOBILEIRON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MOBILEIRON, INC.,<br><br>Defendant. | Case No. CV-12-05826 PSG<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER CASES TO BE RELATED PURSUANT TO CIVIL L.R. 3-12 |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE  MOTION TO CONSIDER CASES TO BE RELATED PURSUANT TO CIVIL L.R. 3-12
CV12-05826 PSG

Having reviewed Defendants' Administrative Motion to Consider Cases to be Related Pursuant to Civil L.R. 3-12, the court finds that the following cases should be considered related:

- *Good Technology Corp. and Good Technology Software, Inc. v. MobileIron, Inc.*, 5:12-cv-05826-PSG ("5826 Case").
- *Good Technology Corp. and Good Technology Software, Inc. v. MobileIron, Inc.*, 4:15-cv-01694-DMR ("1694 Case").

The Clerk of the Court shall reassign the 1694 Case to the undersigned as the judge in this district assigned to the lower-numbered case.

IT IS SO ORDERED.

Dated: __May 5__, 2015

The Honorable Paul S. Grewal
United States Magistrate Judge

Orrick, Herrington & Sutcliffe LLP
Attorneys at Law
Silicon Valley

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO CONSIDER CASES
TO BE RELATED PURSUANT TO CIVIL L.R. 3-12
CV12-05826 PSG