**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION and GOOD TECHNOLOGY SOFTWARE, INC., <br><br> Plaintiffs, <br> v. <br><br> MOBILEIRON, INC., <br><br> Defendant. | Case No. 5:15-cv-01694-PSG <br><br> **CASE SCHEDULING ORDER** <br><br> **(Re: Docket No. 61)** |

Based on the parties' joint case management statement and the case management

conference earlier this week,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of

Civil Procedure shall apply to this case with the following exceptions:

- Each side may take a total of 100 hours of deposition testimony.

- Of the 100 total hours, each side may take up to 35 hours of non-party deposition testimony.

- Each side may take no more than six non-party depositions and eight party depositions.

- Each noticed 30(b)(6) deposition shall count as one party deposition, regardless of how many individuals must be deposed to cover the topics of the particular notice.

- Each side may serve up to 120 requests for production.

---

[1] *See* Docket No. 58.

1

Case Nos. 5:15-cv-01694-PSG
CASE SCHEDULING ORDER

- The parties may request relief from these limits for good cause by letter brief.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is June 22, 2015.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Initial Disclosure of Asserted Claims/Infringement Contentions
  & Accompanying Document Production ....................................................... June 16, 2015

Invalidity Contentions & Accompanying Document Production  ..................... August 7, 2015

Preliminary Election of Asserted Claims ........................................................... August 14, 2015

Preliminary Election of Asserted Prior Art ...................................................... August 21, 2015

Exchange Proposed Terms for Construction ................................................... August 28, 2015

Exchange Preliminary Claim Constructions and Extrinsic Evidence ......... September 25, 2015

Joint Claim Construction & Prehearing Statement .......................................... October 6, 2015

Claim Construction Discovery Cut-Off ............................................................ November 5, 2015

Opening Claim Construction Brief .................................................................... November 20, 2015

Responsive Claim Construction Brief .............................................................. December 4, 2015

Reply Claim Construction Brief ........................................................................ December 11, 2015

*Markman* Hearing ........................................................................ January 6, 2015 at 10:00 AM

Fact Discovery Cut-Off ..................................................................................... February 26, 2016

Final Election of Asserted Claims .................................................................... March 4, 2016

Final Election of Asserted Prior Art ................................................................ March 11, 2016

Opening Expert Reports .................................................................................... March 25, 2016

Rebuttal Expert Reports ..................................................................................... April 15, 2016

Expert Discovery Cut-Off ................................................................................. May 6, 2016

Opening Summary Judgment Briefs ................................................................ May 20, 2016

Responsive Summary Judgment Briefs ............................................................ June 3, 2016

Reply Summary Judgment Briefs ..................................................................... June 10, 2016

Summary Judgment Hearing ............................................................... June 21, 2016 at 10:00AM

Pre-Trial Conference ........................................................................ August 16, 2016 at 10:00AM

2

United States District Court
For the Northern District of California

1    Jury Trial ............................................................August 29, 2016 at 9:30AM

2

3    **SO ORDERED.**

4    Dated: June 5, 2015

5

6    _____
     PAUL S. GREWAL
     United States Magistrate Judge

United States District Court
For the Northern District of California

3

Case Nos. 5:15-cv-01694-PSG
CASE SCHEDULING ORDER