UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION and GOOD TECHNOLOGY SOFTWARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOBILEIRON, INC., <br><br> Defendant. | Case No. 5:15-cv-01694-PSG <br><br> **AMENDED CASE SCHEDULING ORDER** <br><br> **(Re: Docket No. 61)** |

Based on the parties' joint case management statement and the case management conference last week,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case with the following exceptions:

- Each side may take a total of 100 hours of deposition testimony.
- Of the 100 total hours, each side may take up to 35 hours of non-party deposition testimony.
- Each side may take no more than six non-party depositions and eight party depositions.
- Each noticed 30(b)(6) deposition shall count as one party deposition, regardless of how many individuals must be deposed to cover the topics of the particular notice.
- Each side may serve up to 120 requests for production.

---

[1] *See* Docket No. 58.

1

Case Nos. 5:15-cv-01694-PSG
AMENDED CASE SCHEDULING ORDER

- The parties may request relief from these limits for good cause by letter brief.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is June 22, 2015.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Initial Disclosure of Asserted Claims/Infringement Contentions & Accompanying Document Production | June 16, 2015 |
| Invalidity Contentions & Accompanying Document Production | August 7, 2015 |
| Preliminary Election of Asserted Claims | August 14, 2015 |
| Preliminary Election of Asserted Prior Art | August 21, 2015 |
| Exchange Proposed Terms for Construction | August 28, 2015 |
| Exchange Preliminary Claim Constructions and Extrinsic Evidence | September 25, 2015 |
| Joint Claim Construction & Prehearing Statement | October 6, 2015 |
| Claim Construction Discovery Cut-Off | November 5, 2015 |
| Opening Claim Construction Brief | November 20, 2015 |
| Responsive Claim Construction Brief | December 4, 2015 |
| Reply Claim Construction Brief | December 11, 2015 |
| *Markman* Hearing | January 6, 2016 at 10:00 AM |
| Fact Discovery Cut-Off | February 26, 2016 |
| Final Election of Asserted Claims | March 4, 2016 |
| Final Election of Asserted Prior Art | March 11, 2016 |
| Opening Expert Reports | March 25, 2016 |
| Rebuttal Expert Reports | April 15, 2016 |
| Expert Discovery Cut-Off | May 6, 2016 |
| Opening Summary Judgment Briefs | May 20, 2016 |
| Responsive Summary Judgment Briefs | June 3, 2016 |
| Reply Summary Judgment Briefs | June 10, 2016 |
| Summary Judgment Hearing | June 21, 2016 at 10:00AM |
| Pre-Trial Conference | August 16, 2016 at 10:00AM |

2
Case Nos. 5:15-cv-01694-PSG
AMENDED CASE SCHEDULING ORDER

| | |
|---|---|
| Jury Trial | ...........................................................August 29, 2016 at 9:30AM |

**SO ORDERED.**

Dated: June 8, 2015

                                        _____
                                        PAUL S. GREWAL
                                        United States Magistrate Judge